Dated: January 4, 2013.

_____
HONORABLE W. DANIEL SCHNEIDER
United States Magistrate Judge