IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARMAINE BACA,

    Plaintiff,

    v.                                        No. 12-CV-00156 BRB/WDS

MORRIS RODRIGUEZ, in his individual capacity,
EDIE JOHNSON, ARLENE HICKSON, and
BRANDI MILLER in their individual and official
capacities, and CORRECTIONS CORPORATION
OF AMERICA,

    Defendants.

## ORDER

THIS MATTER having come before the Court upon Plaintiff's *Unopposed Motion to Extend Expert Disclosure Deadlines* [Doc. 49]; and the Court being fully advised of the premises; and Defendants having no objection; and there being no resulting effect upon the case management deadlines established in this case;

IT IS HEREBY ORDERED that Plaintiff's unopposed motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for the filing of Plaintiff's Rule 26(a)(2) disclosures is February 14, 2013; and the deadline for the filing of Defendants' Rule 26(a)(2) deadline is March 13, 2013.

IT IS SO ORDERED.

                                                                  _____
                                                                   HONORABLE W. DANIEL SCHNEIDER

Submitted by:

*/s/ Mark Fine*